UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERROD HERNDON,<br><br>        Plaintiff,<br><br>    v.<br><br>MENTAL HEALTH OF MARIN CO., et al.,<br><br>        Defendants. | Case No. 22-cv-01618-TSH<br><br>**ORDER TO SHOW CAUSE** |

On March 17, 2022, the Court denied Plaintiff Gerrod Herndon's in forma pauperis application and directed him to file a revised application or pay the $402 filing fee by April 14, 2022. ECF No. 5. As of today, no response has been received. Accordingly, the Court **ORDERS** Herndon to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Herndon shall file a declaration by May 5, 2022. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on May 19, 2022 at 10:00 a.m. by Zoom video conference. The webinar link and instructions are located at https://cand.uscourts.gov/judges/hixson-thomas-s-tsh/.

<u>Notice is hereby provided that failure to file a written response will be deemed an admission that Herndon does not intend to prosecute, and the case may be dismissed without prejudice.</u> Thus, it is imperative the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: April 21, 2022

                                                          THOMAS S. HIXSON<br>
                                                          United States Magistrate Judge