United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GERROD HERNDON,

    Plaintiff,

    v.

MENTAL HEALTH OF MARIN CO., et al.,

    Defendants.

Case No. 22-cv-01618-SI

**JUDGMENT**

On May 31, 2022, the Court dismissed plaintiff's case without prejudice for failure to prosecute. Dkt. No. 12. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: May 31, 2022

_____
SUSAN ILLSTON
United States District Judge